**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **REBECCA HOFMANN,** | : | |
| | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| | : | |
| **BOROUGH OF MALVERN, *et al.*** | : | **NO. 23-4450** |
| | : | |
| Defendants. | : | |

# ORDER

AND NOW, this 19th day of October, 2026, upon consideration of Defendants' Motion for Summary Judgment, Plaintiff's response in opposition, and the parties' supporting submissions, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendants' Motion is **GRANTED IN PART and DENIED IN PART** as follows:

1. The Motion is **GRANTED** as to Plaintiff's Fourth Amendment claims arising from the officers' initial approach to and knock at Hofmann's residence.

2. The Motion is **GRANTED** as to Plaintiff's Fourth Amendment claim against Officer Joseph Capuano arising from his pursuit, entry, and seizure of Hofmann. Capuano is entitled to qualified immunity.

3. The Motion is **DENIED** as to Plaintiff's Fourth Amendment excessive force claim against Corporal Patrick Dougherty arising from his use of deadly force.

4. The Motion is **GRANTED** as to all claims against Officer Jason Listmeier.

5. The Motion is **GRANTED** as to Plaintiff's claims under Title II of the Americans with Disabilities Act.

6. The Motion is **GRANTED** as to Plaintiff's municipal liability and failure-to-train claims against the Borough of Malvern.

7. The Motion is **GRANTED** as to Plaintiff's supervisory liability claims against Chief Louis Marcelli and Corporal Dougherty.

8. The Motion is **DENIED** as to Plaintiff's Pennsylvania law assault-and-battery claim against Dougherty.

9. The Motion is **GRANTED** as to the wrongful death and survival claims to the extent those claims derive from claims on which summary judgment has been granted. The wrongful death and survival claims remain only to the extent they derive from the surviving Fourth Amendment excessive force and assault and battery claims against Dougherty.

Accordingly, the claims remaining for trial are Plaintiff's Fourth Amendment excessive force claim against Dougherty, Plaintiff's assault and battery claim against Dougherty, and the wrongful death and survival claims to the extent derivative of those surviving claims.

BY THE COURT:



Hon. Mia R. Perez